JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COZY COMFORT COMPANY, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>TOP BRAND LLC, et al.,<br><br>        Defendants. | Case No.  CV 24-4387-GW-PVCx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon Plaintiff Cozy Comfort Company LLC's Notice of Dismissal Without Prejudice [60], filed on July 8, 2024, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: July 9, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE